# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark E. Nolan, | Civil No. 11-84 (SRN/FLN) |
| Plaintiff, | **ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT** |
| vs. | |
| City of Saint Paul, Minnesota, | |
| Defendant. | |

The above-entitled matter is before the Honorable Richard H. Kyle, Judge of United States District Court for the District of Minnesota, pursuant to the parties' Stipulation to Dismiss All Claims Against Defendant (Doc. No. 64).

**IT IS ORDERED** that all claims raised by Plaintiff Nolen against Defendant City of St. Paul in the above-referenced action shall be and are **DISMISSED WITH PREJUDICE** in their entirety, on the merits, and without costs, disbursements or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 31, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge